No. 96–9196. ARTEAGA *v.* SANTA CLARA DEPARTMENT OF FAMILY AND CHILDREN'S SERVICES. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 96–9197. ARTEAGA *v.* CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 96–9198. REID *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY. C. A. 3d Cir. Certiorari denied.

No. 96–9200. ROBINSON *v.* TRIGG, SUPERINTENDENT, RECEPTION DIAGNOSTIC CENTER, PLAINFIELD. C. A. 7th Cir. Certiorari denied.

No. 96–9201. FULTZ *v.* WHITE, SUPERINTENDENT, ALGOA CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 96–9202. SIEGEL *v.* CALIFORNIA FEDERAL BANK. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 96–9203. ROWELL *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 96–9204. PROCTOR *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–9210. BOYD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–9211. CASTERLINE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–9214. SAYLES *v.* ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 96–9215. RUSH *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 96–9216. FOWLER *v.* MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–9217. DIKE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.